FILED
DISTRICT OF NEBRASKA
AT_____M

NOV 28 1980

William L. Olsen, Clerk
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LLOYD WALLER FEED LOT, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. _____ |
| ) | |
| vs. ) | |
| ) | |
| NORDEN LABORATORIES, INC., ) | O R D E R |
| ) | |
| Defendant. ) | |

WHEREAS, the Petitioner Norden Laboratories, Inc. has shown cause that it should be allowed an enlargement of time under Federal Rule of Civil Procedure 6(B) in which to petition this Court for removal under 28 U.S.C. §1441,

IT IS ORDERED that the Petitioner Norden Laboratories, Inc., is hereby allowed seven days within which time to petition this Court for removal of this cause from the District Court of Phelps County, Nebraska to this Court.

DATED: _November 28_____, 1980.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

11-28  Copy order given counsel
12-1   Mailed to Phelps Co. Court

12-4 Sattler called. They will not be removing case to our court.